McDERMOTT, PLAINTIFF IN ERROR, v. THE MAYOR, &c., OF JERSEY CITY, DEFENDANTS IN ERROR.

On error to the Supreme Court.

PER CURIAM.   The judgment of the Supreme Court is affirmed, for the reasons stated in the case of *Elmendorf* v. *Jersey City,* (*ante p.* 283.)

*For affirmance*—THE CHIEF · JUSTICE, DEPUE, DIXON, MAGIE, PARKER, REED, SCUDDER, VAN SYCKEL, BROWN, CLEMENT, COLE, PATERSON, WHITAKER.   13.

*For reversal*—None.

WILLIAM W. CAMPBELL v. THE BOARD OF PHARMACY OF NEW JERSEY.

On error to the Supreme Court.   For opinion of Supreme Court, see 17 *Vroom* 341.

PER CURIAM.   The judgment below is affirmed, for the reasons given by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, MAGIE, PARKER, REED, SCUDDER, VAN SYCKEL, BROWN, COLE, PATERSON, WHITAKER.   12.

*For reversal*—None.